UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERITAGE FOUNDATION, *et al.,*<br><br>*Plaintiffs,*<br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>*Defendant.* | Civil Action No. 24-1610 (BAH) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Kaitlin K. Eckrote on behalf of Defendant in the above-captioned case.

Dated: February 3, 2025
       Washington, DC

Respectfully submitted,

By: */s/ Kaitlin K. Eckrote*
    KAITLIN K. ECKROTE
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    Phone: (202) 252-2485
    Kaitlin.Eckrote@usdoj.gov

    *Attorney for Defendant*